# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARLOWE MALONE, | : | Case No. 1:17-cv-413 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| NURSE PRACTITIONER CONLEY, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 44)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and on January 27, 2020, submitted a Report and Recommendation. (Doc. 44). The Court granted Plaintiff a twenty-day extension of time to file objections to the Report and Recommendation; however, as of the date of this Order, no objections have been filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation (Doc. 44) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Defendant's motion for summary judgment (Doc. 34) is **GRANTED**;

2) The Court certifies that pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith;

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 3/10/2020

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge